Robert D. Wilkinson #100478

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
Telephone (559) 432-5400
Telecopier (559) 432-5620

Attorneys for Defendant ANTONIA SANCHEZ MOLINA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOEL FERNANDEZ and ANTONIA SANCHEZ MOLINA, <br><br> Defendants. | Case No.1:05-CR-00384 AWI <br><br> **STIPULATION TO CONTINUE DATES FOR FILING OF PRETRIAL MOTIONS, MOTIONS HEARING, AND STATUS CONFERENCE; AND ORDER THEREON** <br><br> DATE: January 9, 2006 <br> TIME: 9:00 a.m. <br> COURTROOM: Three (3) <br> JUDGE: Hon. Anthony W. Ishii |

WHEREAS the United States has produced 182 pages of documentary discovery, eight (8) audio cassettes, one (1) CD with photographs, and one (1) video cassette;

WHEREAS the government intends to make an early plea offer in the case, and the defendants and their counsel require time to consider the plea offer, including time to consult with legal counsel who specializes in immigration matters;

WHEREAS failure to continue the schedule in this case would deny counsel for the Defendants and counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

///

WHEREAS Defendants have authorized their respective counsel to enter into this Stipulation;

THE PARTIES HEREBY STIPULATE, by and through their authorized counsel, that the schedule in this matter may be modified as follows:

1. Defense motions will now be due on January 23, 2006, instead of November 28, 2005, as currently set;

2. The government's opposition to defense motions will now be due on February 24, 2006, instead of December 28, 2005;

3. Deadline to file reply briefs in support of defense motions will now be due on March 10, 2006, instead of January 4, 2006;

4. The hearing on such motions and the next status conference in this matter will now be held on March 20, 2006, at 9:00 a.m., instead of January 9 2006 at 9:00 a.m.; and,

5. Time will be excluded pursuant to the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(A) and (B)(iv)) pending consideration of the motions and the next status conference.

DATED: December 8, 2005.	McGREGOR SCOTT
	UNITED STATES ATTORNEY


	By /s/ Marianne Alexis Pansa
	Marianne Alexis Pansa
	Assistant U.S. Attorney
	Attorneys for Plaintiff

DATED: December 8, 2005.	QUIN DENVIR
	FEDERAL PUBLIC DEFENDER


	By /s/ Mark Lizarraga
	Mark Lizarraga
	Assistant Federal Defender
	Attorneys for Defendant
	JOEL FERNANDEZ

///

| | | |
|---|---|---|
| 1 | DATED: December 8, 2005. | BAKER, MANOCK & JENSEN |
| 2 | | |
| 3 | | By /s/ Robert D. Wilkinson |
| | | Robert D. Wilkinson |
| 4 | | Attorneys for Defendant |
| | | ANTONIA SANCHEZ MOLINA |

ORDER

Good cause appearing therefor, THE COURT HEREBY ORDERS that the schedule in this matter shall be modified as set forth in the Stipulation above. Furthermore, for the reasons set forth in the Stipulation above, THE COURT HEREBY FINDS that the ends of justice served by the delay outweigh the best interests of the public and the Defendants in a speedy trial. Time is therefore excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   December 9, 2005**            /s/ Anthony W. Ishii
0m8i78                                           UNITED STATES DISTRICT JUDGE