```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2  MARK A. LIZARRAGA, Bar #186240
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  JOEL FERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:05cr0384 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE HEARING; VACATE |
| v. | ) MOTIONS CALENDAR/HEARING;  AND |
| | ) ORDER THEREON |
| JOEL FERNANDEZ and ANTONIA | ) |
| SANCHEZ MOLINA, | ) |
| | ) DATE : April 17, 2006 |
| Defendants. | ) TIME : 9:00 a.m. |
| _____ | ) DEPT : Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for March 20, 2006,  be continued to **April 17, 2006 at 9:00 a.m.**

**IT IS FURTHER STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the motions calendar  and the hearing on said motions which is set for March 20, 2006 be vacated, to be reset by the Court;

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: March 13, 2006

MCGREGOR W. SCOTT
United States Attorney


By /s/ Marianne A. Pansa
MARIANNE A. PANSA
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: March 13, 2006

DANIEL J. BRODERICK
Acting Federal Defender


By /s/ Mark A. Lizárraga
MARK A. LIZÁRRAGA
Assistant Federal Defender
Attorney for Defendant
JOEL FERNANDEZ

DATED: March 13, 2006

BAKER, MANOCK & JENSEN


By /s/ Robert Wilkinson
ROBERT WILKINSON
Attorney for Defendant
ANTONIA SANCHEZ MOLINA

## **O R D E R**

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).


IT IS SO ORDERED.

**Dated:    March 14, 2006**              /s/ **Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE