Robert D. Wilkinson  #100478

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
Telephone (559) 432-5400
Telecopier (559) 432-5620

Attorneys for Defendant ANTONIA SANCHEZ MOLINA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOEL FERNANDEZ and ANTONIA SANCHEZ MOLINA, <br><br> Defendants. | Case No.1:05-CR-00384 AWI <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER THEREON** <br><br> DATE: August 21, 2006 <br> TIME: 11:00 a.m. <br> COURTROOM: Three (3) <br> JUDGE: Hon. Anthony W. Ishii |

WHEREAS counsel for Defendant Antonia Sanchez Molina suffered a death in the family in mid-July and shortly thereafter had a prepaid family vacation scheduled, and as a result was unable to meet with his client to review the draft Presentence Investigation Report before informal objections were due; and,

WHEREAS counsel for both defendants have scheduling conflicts with trial in state court and prepaid vacation throughout August and most of September;

THE PARTIES HEREBY STIPULATE, by and through their authorized counsel, that the schedule in this matter may be modified as follows:

///

1. The Sentencing Hearing for both Defendants shall be continued from August 21, 2006, at 11:00 a.m., to September 25, 2006, at 11:00 a.m., or another date and time thereafter at the convenience of the Court;

2. Informal objections to the draft Presentence Investigation Reports for both Defendants shall be due on September 4, 2006, or three weeks before the continued sentencing hearing;

3. The final Presentence Investigation Reports for both Defendants shall be filed on September 11, 2006, or two weeks before the continued sentencing hearing; and,

4. Formal objections and/or sentencing memorandums shall be filed on September 18, 2006, or one week before the continued sentencing hearing.

DATED: August 2, 2006.

McGREGOR SCOTT
UNITED STATES ATTORNEY

By /s/ Marianne Alexis Pansa
Marianne Alexis Pansa
Assistant U.S. Attorney
Attorneys for Plaintiff

DATED: August 2, 2006.

QUIN DENVIR
FEDERAL PUBLIC DEFENDER

By /s/ Mark Lizarraga
Mark Lizarraga
Assistant Federal Defender
Attorneys for Defendant
JOEL FERNANDEZ

DATED: August 2, 2006.

BAKER, MANOCK & JENSEN

By /s/ Robert D. Wilkinson
Robert D. Wilkinson
Attorneys for Defendant
ANTONIA SANCHEZ MOLINA

///

///

[PROPOSED] ORDER

Good cause appearing therefor, THE COURT HEREBY ORDERS that the Sentencing Hearing in this matter shall be continued from August 21, 2006, at 11:00 a.m., to September 25, 2006, at 9:00 a.m., and that the dates for serving informal objections to the draft Presentence Investigation Report, filing of the final Presentence Investigation Report, and filing of formal objections and/or sentencing memoranda shall be modified as set forth in the Stipulation above.

IT IS SO ORDERED.

**Dated:   August 4, 2006**                                **/s/ Anthony W. Ishii**
9h0d30                                                                      UNITED STATES DISTRICT JUDGE