PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  1:05CR00384-001 AWI** |
| | ) | |
| **JOEL FERNANDEZ** | ) | |
| | ) | |

On September 25, 2006, the above-named was placed on Supervised Release for a period of three years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL**
**Senior United States Probation Officer**

Dated:      December 4, 2009
            Bakersfield, California
            FE:dk
                        **/s/ Thomas A. Burgess**
**REVIEWED BY:**        _____

            **THOMAS A. BURGESS**
            **Supervising United States Probation Officer**

**Re:    JOEL FERNANDEZ**
**Docket Number:   1:05CR00384-001 AWI**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised releasee, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:    **December 8, 2009**                          **/s/ Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE